IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT PARKER,

      Plaintiff,                                CV F 03 6461 AWI WMW   P

    vs.                                         ORDER TO SHOW CAUSE

MTA BISHOP, et al.,

      Defendants.

       Plaintiff is a former state prisoner proceeding pro se.  On March 17, 2005, plaintiff filed a notice of change of address, indicating his release from prison.  On May 16, 2005, summons were returned unexecuted by the U.S. Marshal.  The returned summons were mailed to plaintiff at his previous address.

       The Clerk's Office is directed to send to plaintiff at his address of record documents 25 and 26.  Plaintiff is directed to show cause, within thirty days of the date of service of this order, why this action should not be dismissed for his failure to prosecute.

IT IS SO ORDERED.

1

1 | **Dated:** **March 14, 2006**           **/s/  William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE