IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERETT PARKER,

    Plaintiff,                     CV F 03 6461 AWI WMW   P

  vs.                                 FINDINGS AND RECOMMENDATION

MTA BISHOP, et al.,

    Defendants.

       Plaintiff is former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

       On March 14, 2006, an order to show cause was entered, directing plaintiff to show cause, within thirty days, why this action should not be dismissed for his failure to prosecute. The thirty day period has expired, and plaintiff has not filed a response to the order to show cause.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to prosecute.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate

1 Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections
2 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
3 Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

7 IT IS SO ORDERED.

8 **Dated:   April 24, 2006**                             **/s/  William M. Wunderlich**
  mmkd34                                              UNITED STATES MAGISTRATE JUDGE

2